**Electronically Filed
Supreme Court
SCPW-24-0000395
28-JUN-2024
11:06 AM
Dkt. 7 ODDP**

SCPW-24-0000395

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner,

vs.

THE HONORABLE SHANLYN A.S. PARK,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

LAMARR A. JONES, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPC-22-0001595)

ORDER DENYING PETITION FOR EXTRAORDINARY WRIT
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for extraordinary writ,
filed on May 29, 2024, and the record, an extraordinary writ is
unwarranted.  See Womble Bond Dickinson (US) LLP v. Kim
(Womble), 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

We also decline to provide a declaratory ruling about
whether an order granting a bill of particulars may be appealed.

A proceeding for an extraordinary writ is intended to provide relief for extraordinary circumstances.  It is not intended to provide a declaratory ruling such as that requested by the State.  See <u>Womble</u>, 153 Hawaiʻi at 319, 537 P.3d at 1166.

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, June 28, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2